# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 24-cr-042-1 |
| NYEEM THRONES, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 25th day of June, 2024, upon consideration of Defendant's Motion to Dismiss Count Three (Doc. No. 21) and the Government's Response (Doc. No. 23), and Defendant's Reply (Doc. No. 29), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 /s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG,    J.**